IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

KENDRA W. O'NEIL, AS TRUSTEE FOR BLUE ROSE HOME
SALES, LLC 401(k) PLAN

    Plaintiff,

v.

MICHELLE McMAHON

    Defendant.

## COMPLAINT

Plaintiff, Kendra W. O'Neil, as Trustee for Blue Rose Home Sales, LLC 401(k) Plan ("the Plan"), by and through its attorneys, Davis Graham & Stubbs LLP, states as follows for its Complaint against Defendant Michelle McMahon ("Defendant"):

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is the Trustee of the Plan. Plaintiff maintains her offices at Blue Rose Home Sales, LLC, 655 North Bear Paw Avenue, Colorado Springs, Colorado 80906. Blue Rose Home Sales, LLC is the sponsor of the Plan.

2. Defendant is an individual domiciled in Wyoming. She maintains offices in Wyoming, and regularly conducts business in Colorado. On information and belief, Defendant also owns real property located in El Paso County, Colorado.

899918.3

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the plaintiff and the defendant are citizens of different states and the amount in controversy in this matter, exclusive of interest and costs, exceeds the sum of $75,000.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to the claim occurred in Colorado.

## GENERAL ALLEGATIONS

5. Defendant executed a promissory note dated May 20, 2006, in the original principal amount of $100,000, together with interest thereon at the rate of 6% per annum on the unpaid balance. (Exhibit A) ("Note").

6. On information and belief, Defendant executed the Note in Colorado Springs, Colorado. The Plan paid funds to Defendant from bank accounts maintained in Colorado Springs.

7. Under the Note, Defendant promised to pay the Plan one payment of $100,000 plus interest on May 20, 2007.

8. The Note required, at the option of any holder, immediate payment upon the occurrence of, among other things, the "failure to make any payment due hereunder within 30 days of its due date."

9. Defendant has not made any payments on the Note, either prior to or after May 20, 2007.

10. The Plan sent to Defendant a demand letter for payment ("Letter") at both her home and work addresses. Defendant did not respond to the Letter by the requested response date of April 13, 2009. The Note presently is in default.

11. The Plan is entitled to recover the $100,000 owed under the Note, in addition to interest accrued on the Note at the rate of 6%, costs and attorneys' fees, and a late charge of 5%.

## CLAIM FOR RELIEF
### (Breach of Note)

12. The allegations of the preceding paragraphs are incorporated herein by reference.

13. The Plan has fully performed all of its obligations under the Note.

14. Defendant breached the Note, among other ways, by failing to pay the amounts due.

15. The Plan has been damaged as a result of Defendant's breaches in an amount to be proved at trial, which amount exceeds $75,000.

16. All conditions precedent to the Plan's right to pursue this claim has been performed or has occurred.

WHEREFORE, The Plan requests that the Court:

(a) Enter judgment against Defendant:

    (1) For the full amount of principal and pre-judgment and post-judgment interest due;

    (2) For late fees; and

    (3) For the amount of attorneys' fees, costs of collection, costs of this action and expenses incurred herein by the Plan; and

(b) Award such other and further relief as the Court may deem just and proper.

Dated: June 1, 2009

        /s/ Victoria V. Johnson
Victoria V. Johnson
Katherine M. Swan
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone:  (303) 892-9400
Facsimile:  (303) 893-1379
E-Mail:  vicki.johnson@dgslaw.com
        kate.swan@dgslaw.com

*(Original Signature on File at Davis Graham & Stubbs LLP)*

ATTORNEYS FOR KENDRA W. O'NEIL, AS TRUSTEE FOR BLUE ROSE HOME SALES, LLC 401(k) PLAN