IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01270-PAB-BNB

KENDRA W. O'NEIL, as Trustee for Blue Rose Home Sales, LLC 401(k) Plan,

Plaintiff,

v.

MICHELLE MCMAHON,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion by Defendant Michelle McMahon for Leave to File a Third Party Complaint and Counterclaim** [Doc. # 24, filed 9/21/2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing Michelle McMahon's Third-Party Complaint and Counterclaim [Doc. # 24-2].

Dated September 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge